# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-305
LT Case No. 2005-CF-06295

_____

FREDERICK ADDISON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Frederick Addison, Madison, pro se.

No Appearance for Appellee.

October 10, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____